FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2022

No. 04-21-00554-CV

**COMPLEX REHAB TECHNOLOGIES, LLC**,
Appellant

v.

Tomas **MOLINA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23933
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

Appellant has filed its first motion requesting an extension of time to file its brief. The motion is GRANTED. Appellant's brief is due on or before **February 11, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court